UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Caroline Vanderbilt,

        Plaintiff,

vs.

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc.,

        Defendants.

Civil No. 06-2435 (RHK/JSM)

**DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 19, 2006

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge