UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Caroline Vanderbilt,

       Plaintiff,                    Civil No. 06-2435 (RHK/JSM)

vs.                                **DISQUALIFICATION AND**
                                        **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 19, 2006

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge